**GOYETTE, RUANO & THOMPSON, INC.**
DEREK K. ULMER (SBN 318255)
GABRIELLA TURNBULL (SBN 362233)
2366 Gold Meadow Way, Suite 200
Gold River, CA 95670
Telephone: (916) 851-1900
Facsimile: (916) 851-1995
derek@grtlaw.com
gabby@grtlaw.com

Attorneys for Defendants,
OTIIMA USA, TAYLOR TITONI, STACY TITONI,
And TITONI WINDOWS SYSTEMS n/k/a
TITONI MANUFACTURING COMPANY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OTIIMA INDUSTRIES, S.A., <br><br> Plaintiff, <br><br> vs. <br><br> OTIIMA USA, TAYLOR TITONI, STACY TITONI, and TITONI WINDOWS SYSTEMS n/k/a TITONI MANUFACTURING COMPANY, <br><br> Defendants. | Case No. 2:25-cv-06449-MWF-JPR <br><br> *Judge:*      *Michael W. Fitzgerald* <br> *Complaint Filed:*   *July 15, 2025* <br> *Trial Date:*     *TBD* <br><br> **DEFENDANTS' ANSWER TO COMPLAINT** |

Defendant OTIIMA USA, Defendant TAYLOR TITONI, Defendant STACY TITONI, and TITONI WINDOWS SYSTEM n/k/a TITONI MANUFACTURING COMPANY ("Defendants") answer Plaintiff OTIIMA INDUSTRIES, S.A.'s ("Plaintiff") Complaint as follows:

### PARTIES

1. Defendants admit the allegations contained in Paragraph 1.

2. Defendants admit the allegations contained in Paragraph 2.

3. Defendants deny the allegations contained in Paragraph 3. Taylor Titoni is an individual whose home address is not 1113 N McKinley Ave, Los Angeles, CA 90059-3504

4. Defendants admit the allegations contained in Paragraph 4.

5. Defendants admit the allegations contained in Paragraph 5.

1

**JURISDICTION AND VENUE**

6.    Defendant states that the allegations of paragraph 6 call for a legal conclusion to which no response is required. To the extent a response is deemed required, Defendants deny the allegations.

7.    Defendant states that the allegations of paragraph 7 call for a legal conclusion to which no response is required. To the extent a response is deemed required, Defendants deny the allegations.

8.    Defendant states that the allegations of paragraph 8 call for a legal conclusion to which no response is required. To the extent a response is deemed required, Defendants deny the allegations.

**STATEMENT OF FACTS**

9.    As to paragraph 9, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

10.    As to paragraph 10, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

11.    As to paragraph 11, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

12.    As to paragraph 12, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

13.    As to paragraph 13, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

14.    As to paragraph 14, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

15.    As to paragraph 15, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

16.    As to paragraph 16, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

17.    As to paragraph 17, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

18.    As to paragraph 18, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

DEFENDANTS' ANSWER TO COMPLAINT

19. As to paragraph 19, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

20. As to paragraph 20, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

21. Defendants deny the allegations contained in paragraph 21.

22. Defendants admit to the allegations contained in paragraph 22.

23. Defendants deny the allegations contained in paragraph 23.

24. Defendants admit to the allegations contained in paragraph 24.

25. Defendants deny the allegations contained in paragraph 25.

26. Defendants deny the allegations contained in paragraph 26.

27. Defendants deny the allegations contained in paragraph 27.

28. As to paragraph 28, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

29. Defendants deny the allegations contained in paragraph 29.

30. Defendants deny the allegations contained in paragraph 30.

31. As to paragraph 31, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

32. As to paragraph 32, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

33. Defendants deny the allegations contained in paragraph 33.

34. As to paragraph 34, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

35. Defendants deny the allegations contained in paragraph 35.

36. As to paragraph 36, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

37. As to paragraph 37, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

DEFENDANTS' ANSWER TO COMPLAINT

38.     As to paragraph 38, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

39.     Defendants deny the allegations contained in paragraph 39.

40.     Defendants deny the allegations contained in paragraph 40.

41.     Defendants deny the allegations contained in paragraph 41.

42.     Defendants deny the allegations contained in paragraph 42.

43.     Defendants deny the allegations contained in paragraph 43.

44.     Defendants deny the allegations contained in paragraph 44.

45.     As to paragraph 45, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

46.     Defendants deny the allegations contained in paragraph 46.

47.     Defendants deny the allegations contained in paragraph 47.

48.     Defendants deny the allegations contained in paragraph 48.

49.     As to paragraph 49, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

50.     As to paragraph 50, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

51.     As to paragraph 51, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

52.     Defendants deny the allegations contained in paragraph 52.

53.     Defendants deny the allegations contained in paragraph 53.

54.     As to paragraph 54, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

55.     Defendants deny the allegations contained in paragraph 55.

56.     As to paragraph 56, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

57.     Defendants deny the allegations contained in paragraph 57.

58.     Defendants admit to the allegations contained in paragraph 58.

4

59.     Defendants deny the allegations contained in paragraph 59.

60.     Defendants deny the allegations contained in paragraph 60.

61.     As to paragraph 61, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

62.     As to paragraph 62, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

63.     As to paragraph 63, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

64.     As to paragraph 64, Defendants lack sufficient knowledge and information to admit or deny these allegations, and on that basis denies all such allegations.

65.     Defendants deny the allegations contained in paragraph 65.

## COUNT I

## FEDERAL TRADEMARK INFRINGEMENT

## LANHAM ACT

66.     As to paragraph 66, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

67.     As to paragraph 67, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

68.     As to paragraph 68, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

69.     As to paragraph 69, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

70.     As to paragraph 70, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

71.     As to paragraph 71, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

72.     As to paragraph 72, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

DEFENDANTS' ANSWER TO COMPLAINT

73. As to paragraph 73, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

74. As to paragraph 74, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

## COUNT II

## UNFAIR COMPETITION AND FALSE DESIGNATION OF ORIGIN

## LANHAM ACT

75. As to paragraph 75, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

76. As to paragraph 76, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

77. As to paragraph 77, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

78. As to paragraph 78, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

79. As to paragraph 79, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

80. As to paragraph 80, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

81. As to paragraph 81, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

82. As to paragraph 82, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

83. As to paragraph 83, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

## COUNT III

## FALSE ADVERTISING

## LANHAM ACT

6

84.     As to paragraph 84, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

85.     As to paragraph 85, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

86.     As to paragraph 86, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

87.     As to paragraph 87, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

88.     As to paragraph 88, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

89.     As to paragraph 89, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

**COUNT IV**

**TRADEMARK INFRINDEMENT**

**CALIFORNIA LAW**

90.     As to paragraph 90, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

91.     As to paragraph 91, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

92.     As to paragraph 92, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

93.     As to paragraph 93, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

94.     As to paragraph 94, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

95.     As to paragraph 95, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

DEFENDANTS' ANSWER TO COMPLAINT

96. As to paragraph 96, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

97. As to paragraph 97, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

## COUNT V

## UNFAIR COMPETITION UNDER BUSINESS AND PROFESSIONS CODE § 17200

98. As to paragraph 98, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

99. As to paragraph 99, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

100. As to paragraph 100, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

101. As to paragraph 101, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

102. As to paragraph 102, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

103. As to paragraph 103, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

104. As to paragraph 104, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

## COUNT VI

## FALSE ADVERTISING LAW UNDER

## BUSINESS AND PROFESSIONS CODE § 17500

105. As to paragraph 105, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

106. As to paragraph 106, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

DEFENDANTS' ANSWER TO COMPLAINT

107.    As to paragraph 107, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

108.    As to paragraph 108, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

109.    As to paragraph 109, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

110.    As to paragraph 110, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

111.    As to paragraph 111, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

## COUNT VII

## TORTIOUS INTERFERENCE

112.    As to paragraph 112, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

113.    As to paragraph 113, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

114.    As to paragraph 114, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

115.    As to paragraph 115, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

116.    As to paragraph 116, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

117.    As to paragraph 117, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

## COUNT VIII

## BREACH OF CONTRACT

118.    As to paragraph 118, Defendants repeat and re-alleges its responses to the foregoing paragraphs as though fully set forth herein, and denies any allegations inconsistent therewith.

9

119.    As to paragraph 119, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

120.    As to paragraph 120, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

121.    As to paragraph 121, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety.

122.    As to paragraph 122, there are no factual allegations included therein, To the extent there are allegations included therein, express or implied, Defendants deny them in their entirety

## REQUEST FOR RELIEF

Defendants deny that Plaintiff is entitled to any of the relief requested in the Request for Relief.

## FIRST AFFIRMATIVE DEFENSE

1.    Neither the Complaint nor any purported cause of action alleged against Defendant therein states claims upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

2.    Some or all of the purported causes of action alleged in the Complaint against Defendant is barred by the doctrines of waiver, equitable estoppel, or unclean hands.

## THIRD AFFIRMATIVE DEFENSE

3.    Defendants' actions with respect to the subject matters alleged in the Complaint were undertaken in good faith and for good cause, with the absence of malicious intent to injure Plaintiff, and constitute lawful, proper, and justified means to further the sole purpose of Defendant to engage in and continue lawful business activities.

## FOURTH AFFIRMATIVE DEFENSE

4.    Plaintiff's claim for economic damages may be barred in whole or in part to the extent that Plaintiff failed to mitigate, minimize, or avoid the damages alleged in the Complaint.

## FIFTH AFFIRMATIVE DEFENSE

5.    Some or all of Plaintiff's claims for relief are limited by the doctrine of comparative negligence and/or assumption of risk. Any damages awarded to Plaintiff must be apportioned according

to the respective fault and legal responsibility of all parties, persons, and entities or their agents, servants, and employees who contributed to and/or caused the alleged damages, if any, according to the proof presented at the time of trial.

**SIXTH AFFIRMATIVE DEFENSE**

6.      Plaintiff's claims under the Lanham Act and state law fail because Defendants' conduct is not likely to cause confusion, mistake, or deception as to source, sponsorship, or affiliation.

**SEVENTH AFFIRMATIVE DEFENSE**

7.      Plaintiff has not suffered any damages as a result of any actions taken by Defendant, and Plaintiff is therefore barred from asserting any cause of action against Defendant.

**EIGHTH AFFIRMATIVE DEFENSE**

8.      The Complaint fails to allege facts sufficient to establish a claim for attorneys' fees.

**NINTH AFFIRMATIVE DEFENSE**

9.      Plaintiff's claims are barred because Defendants' alleged conduct was at all times justified, fair, privileged, and undertaken in the good faith exercise of a valid business purpose.

**TENTH AFFIRMATIVE DEFENSE**

10.     Plaintiff's claims are barred to the extent that any award in this action would constitute unjust enrichment.

**ELEVENTH AFFIRMATIVE DEFENSE**

11.     The Complaint and each purported claim alleged therein cannot be maintained against Defendant because the alleged losses or harms sustained by Plaintiff, if any, resulted from causes other than any act or omission of Defendant.

**TWELFTH AFFIRMATIVE DEFENSE**

12.     All or some of Plaintiff's purported causes of action alleged in the Complaint are barred to the extent they consented to activities or conduct alleged in the Complaint.

**THIRTEENTH AFFIRMATIVE DEFENSE**

13.     To the extent Plaintiff challenges Defendants' statements that constitute opinion, commentary, or other protected expression, such claims are barred by the First Amendment and related doctrines.

DEFENDANTS' ANSWER TO COMPLAINT

## FOURTEENTH AFFIRMATIVE DEFENSE

14.    Plaintiff has failed to mitigate its alleged damages, if any, and any recovery must be reduced accordingly.

## FIFTEENTH AFFIRMATIVE DEFENSE

15.    Plaintiff cannot demonstrate irreparable harm and has an adequate remedy at law. Plaintiff is therefore not entitled to injunctive relief.

## SIXTEENTH AFFIRMATIVE DEFENSE

16.    Any damages awarded to Plaintiff must be reduced or barred by amounts owed to Defendant by Plaintiff and/or by Defendants' rights of setoff or recoupment.

## SEVENTEENTH AFFIRMATIVE DEFENSE

17.    Plaintiff abandoned its alleged rights in the OTIIMA mark in the United States through failure to use, failure to police, or uncontrolled/naked licensing, resulting in loss of any protectable rights.

## EIGHTEENTH AFFIRMATIVE DEFENSE

18.    Plaintiff consented to or acquiesced in Defendants' alleged conduct, and cannot now assert the claims stated.

## NINETEENTH AFFIRMATIVE DEFENSE

19.    To the extent Plaintiff asserts breach of contract, Plaintiff's own material breaches, failures of consideration, and/or repudiations bar recovery.

## TWENTIETH AFFIRMATIVE DEFENSE

20.    Any alleged interference with Plaintiff's business or contractual relations was justified, privileged, or a lawful exercise of competition.

## TWENTY-FIRST AFFIRMATIVE DEFENSE

21.    Defendants' use of the OTIIMA USA name and related marks in the United States predates Plaintiff's claimed rights in the United States, and Defendant have established protectable common law rights.

## TWNETY-SECOND AFFIRMATIVE DEFENSE

22.    Defendants' use of any terms or marks was descriptive, nominative, or otherwise a fair

12

DEFENDANTS' ANSWER TO COMPLAINT

use under the Lanham Act.

## RESERVATION OF RIGHTS

Defendants hereby give notice that it intends to rely upon such other and further affirmative and other defenses its identifies and/or as may become available during discovery in this action, and Defendants reserve the right to amend this Answer to assert any such defenses.

WHEREFORE, Defendants pray:

1. That Plaintiff take nothing by way of its Complaint;

2. That all claims asserted against Defendants be dismissed with prejudice;

3. That judgment be entered in favor of Defendants on all counts of the Complaint;

4. That Plaintiff's requests for injunctive relief, transfer of domains, orders to change entity names, or other equitable relief be denied;

5. That Plaintiff be denied any recovery of damages, disgorgement of profits, enhanced damages, interest, attorneys' fees, or costs;

6. That Defendants be aware their costs of suit incurred herein;

7. That Defendants be awarded reasonable attorneys' fees to the extent permitted by law; and

8. For other such and further relief as the Court may deem just and proper.

Dated: August 22, 2025                    **GOYETTE, RUANO & THOMPSON, INC.**

_____
DEREK K. ULMER
GABRIELLA TURNBULL
Attorneys for Defendants
OTIIMA USA, TAYLOR TITONI, STACY
TITONI, and TITONI WINDOWS SYSTEMS
n/k/a TITONI MANUFACTURING COMPANY

DEFENDANTS' ANSWER TO COMPLAINT