UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| OTIIMA INDUSTRIES, S.A.<br><br>    Plaintiff,<br><br> v.<br><br>OTIIMA USA, TAYLOR TITONI, STACY TITONI, and TITONI WINDOW SYSTEMS,<br><br>    Defendants. | Case No: 2:25-cv-06449-MWF-JPR<br><br>**PRELIMINARY INJUNCTION** |

  Plaintiff Otiima Industries, S.A., filed a Motion for a Preliminary Injunction (the "Motion").

  The Court has read and considering the briefings on the Motion and held a hearing. Now, therefore, pursuant to Rule 65 of the Federal Rules of Civil Procedure and good cause appearing therefor,

  IT IS HEREBY ORDERED that, pending final resolution of this action, Defendants Otiima USA, Taylor Titoni, Stacy Titoni, Titoni Window Systems and, as applicable, their officers, agents, directors, employees, servants, partners, representatives, assigns, successors, related companies, and attorneys and all persons in active concert or participation with Defendants or with any of the foregoing who

receive actual notice of this Order by personal service or otherwise, shall be preliminarily **RESTRAINED** and **ENJOINED** from the following:

Directly or indirectly engaging in any future sales of product bearing the marks "Otiima" or "Much More Than a Window" or any colorable imitation thereof or any mark confusingly similar thereto, to market, advertise, manufacture, distribute, promote, offer for sale, sell, render, or identify Defendants' products that do not incorporate any part or piece manufactured or supplied by Plaintiff Otiima Industries, S.A.

Dated: October 21, 2025

_____
MICHAEL W. FITZGERALD
United States District Judge