JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

OTIIMA INDUSTRIES, S.A.,

     Plaintiff,

     v.

OTIIMA USA, TAYLOR TITONI, STACY TITONI, and TITONI WINDOWS SYSTEMS n/k/a TITONI MANUFACTURING COMPANY,

     Defendants.

OTIIMA USA, TAYLOR TITONI, STACY TITONI, and TITONI WINDOWS SYSTEMS n/k/a TITONI MANUFACTURING COMPANY,

     Counterclaimants,

     v.

OTIIMA INDUSTRIES, S.A., and Does 1-25.

     Counterclaim-Defendants.

Case No. 2:25-cv-06449-MWF(JPRx)

**ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE**

Complaint Filed:    July 15, 2025

Before the Court is the Stipulation of Dismissal with Prejudice (the "Stipulation") filed by Plaintiff and Counterclaim-Defendant Otiima Industries, S.A. ("Plaintiff") and Defendants and Counterclaimants Otiima USA, Taylor Titoni, Stacy Titoni, and Titoni Windows Systems n/k/a Titoni Manufacturing Company (collectively "Defendants"), through their counsel of record (collectively, the "Parties"). Having considered the Stipulation, the Court finds that it should be and is hereby GRANTED.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED that all claims and counterclaims in the above-referenced case are hereby DISMISSED WITH PREJUDICE to the refiling of same. It is further ORDERED, ADJUDGED, AND DECREED that all costs of court expended or incurred by the Parties are assessed against the party who incurred the same, and that each party shall otherwise bear their own costs and fees.

**IT IS SO ORDERED.**

Dated: January 30, 2026

_____

MICHAEL W. FITZGERALD
United States District Judge

2