AO 120 (Rev. 08/10)

| TO: **Mail Stop 8**<br>**Director of the U.S. Patent and Trademark Office**<br>**P.O. Box 1450**<br>**Alexandria, VA 22313-1450** | **REPORT ON THE**<br>**FILING OR DETERMINATION OF AN**<br>**ACTION REGARDING A PATENT OR**<br>**TRADEMARK** |
|---|---|

In Compliance with 35 U.S.C. § 290 and/or 15 U.S.C. § 1116 you are hereby advised that a court action has been filed in the U.S. District Court Central District of California on the following

☒ Trademarks or   ☐ Patents.   ( ☐ the patent action involves 35 U.S.C. § 292.):

| DOCKET NO.<br>2:25-cv-06449 | DATE FILED<br>7/15/2025 | U.S. DISTRICT COURT<br>Western Division, 350 W. First Street, Los Angeles, CA 90012 |
|---|---|---|
| PLAINTIFF<br>OTIIMA INDUSTRIES, S.A. | | DEFENDANT<br>OTIIMA USA, TAYLOR TITONI, STACY TITONI, AND TITONI WINDOWS SYSTEMS n/k/a TITONI MANUFACTURING COMPANY |

| | PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|---|
| 1 | Reg. No. 6878869 | 9/28/2021 | Otiima Industries, S.A. |
| 2 | Reg. No. 6878864 | 9/28/2021 | Otiima Industries, S.A. |
| 3 | Application Serial No. 79422305 | 1/22/025 | Otiima Industries, S.A. |
| 4 | Application Serial No. 99095291 | 3/20/2025 | Otiima USA |
| 5 | Application Serial No. 99093105 | 3/20/2025 | Otiima USA |

In the above—entitled case, the following patent(s)/ trademark(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment   ☐ Answer   ☐ Cross Bill   ☐ Other Pleading | |
|---|---|---|
| PATENT OR<br>TRADEMARK NO. | DATE OF PATENT<br>OR TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above—entitled case, the following decision has been rendered or judgement issued:

| DECISION/JUDGEMENT |
|---|
| |

| CLERK<br>BRIAN D. KARTH | (BY) DEPUTY CLERK<br>Ingrid Valdes | DATE<br>1/31/2026 |
|---|---|---|

**Copy 1—Upon initiation of action, mail this copy to Director**   **Copy 3—Upon termination of action, mail this copy to Director**
**Copy 2—Upon filing document adding patent(s), mail this copy to Director**   **Copy 4—Case file copy**


American LegalNet, Inc.
www.FormsWorkFlow.com